ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com

*Attorneys for Sequium Asset Solutions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH FOWLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SEQUIUM ASSET SOLUTIONS, LLC, a foreign limited-liability company,,<br><br>Defendants. | Case No.:  2:19-CV-01979-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SEQUIUM ASSET SOLUTIONS, LLC TO RESPOND TO COMPLAINT [ECF No. 1]**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Deborah Fowler ("Plaintiff"), and Defendant Sequium Asset Solutions, LLC ("Sequium"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed her Complaint on November 13, 2019 [ECF No. 1].

2. Sequium was served with the summons and complaint on December 17, 2019.

3. Sequium just retained counsel on January 6, 2020 and a short extension is necessary to allow Sequium's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Allowing an extension will also allow the parties to conduct early resolution discussions.

5. Plaintiff has no objection to the extension.

-1-

6. Therefore, the parties agree that Sequium's response to the Complaint is now due on or before **January 28, 2020**.

| DATED: January 7, 2020. | DATED: January 7, 2020, |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP | COGBURN LAW |
| */s/ Robert S. Larsen* | */s/ Erik W. Fox* |
| Robert S. Larsen, Esq.<br>Nevada Bar No. 7785<br>Wing Yan Wong, Esq.<br>Nevada Bar No. 13622<br>300 So. 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>*Attorneys for Defendant*<br>*Sequium Asset Solutions, LLC* | Erik W. Fox, Esq.<br>Nevada Bar No. 8804<br>James S. Cogburn, Esq.<br>Nevada Bar No. 8409<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074<br>*Attorneys for Plaintiff Deborah Fowler* |

**ORDER**

IT IS SO ORDERED

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 8, 2020

-2-