1  ROBERT S. LARSEN, ESQ.
   Nevada Bar No. 7785
2  GORDON REES SCULLY MANSUKHANI, LLP
   300 South 4th Street, Suite 1550
3  Las Vegas, Nevada 89101
   Telephone: (702) 577-9300
4  Facsimile: (702) 255-2858
   E-Mail: rlarsen@grsm.com

*Attorneys for Sequium Asset Solutions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH FOWLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SEQUIUM ASSET SOLUTIONS, LLC, a foreign limited-liability company,,<br><br>Defendants. | Case No.: 2:19-CV-01979-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SEQUIUM ASSET SOLUTIONS, LLC TO RESPOND TO COMPLAINT [ECF No. 1]**<br><br>**(Second Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Deborah Fowler ("Plaintiff"), and Defendant Sequium Asset Solutions, LLC ("Sequium"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed her Complaint on November 13, 2019 [ECF No. 1].

2. Sequium was served with the summons and complaint on December 17, 2019.

3. Sequium with consent of Plaintiff submitted a Stipulation and Order to Extend Time to respond to the Complaint [First Request] on January 7, 2020 [ECF No. 7].

4. The Court issued its Order extending Sequium's time to answer to January 28, 2020 [ECF Doc. 8].

5. An additional two week extension is necessary to allow Sequium's counsel to continue its investigation and communication with the party who placed Plaintiff's account with

Sequium.

6. The representative of the party who placed Plaintiff's account with Sequium was unavailable due to a death in the family.

7. Allowing a further short extension will also allow the parties to continue early resolution discussions.

8. Plaintiff has no objection to the extension.

9. Therefore, the parties agree that Sequium's response to the Complaint is now due on or before **February 11, 2020.**

DATED: January 27, 2020.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Robert S. Larsen*

Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Defendant
Sequium Asset Solutions, LLC*

DATED: January 27, 2020

COGBURN LAW

*/s/ Erik W. Fox*

Erik W. Fox, Esq.
Nevada Bar No. 8804
James S. Cogburn, Esq.
Nevada Bar No. 8409
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff Deborah Fowler*

**ORDER**

IT IS SO ORDERED

UNITED STATES MAGISTRATE JUDGE

DATED: 1/31/2020